No. 09-10148. Juan Roldan-Vega, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3303, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 3935.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 584 F.3d 351.

No. 09-10150. Anthony Wilkins, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3303, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4049.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 748.

No. 09-10158. Rafael Yeje-Cabrera, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3304, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4157.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-10159. Cecil Wampler, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3304, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4086.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 490.

No. 09-10162. Andres Ernesto Hernandez, Petitioner v. Miguel Villicana.

560 U.S. 916, 130 S. Ct. 3304, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4099.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 380.

No. 09-10164. John J. Wesley, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3304, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4135.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 646.

No. 09-10166. Russell Wayne McNeill, III, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3304, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4098.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 360 Fed. Appx. 363.

No. 09-10169. Miguel Angel Negron, Petitioner v. United States.

560 U.S. 916, 130 S. Ct. 3304, 176 L. Ed. 2d 1205, 2010 U.S. LEXIS 4130.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 372 Fed. Appx. 788.